ALVIN STOKES V. THE STATE.

No. 10176. Delivered May 12, 1926.

Assault to Murder—No Statement of Facts—No Bills of Exception.

This record contains neither a statement of facts, nor bills of exception, and nothing is presented for review, and the judgment affirmed.

Appeal from the District Court of Bexar County. Tried below before the Hon. W. W. McCrory, Judge.

Appeal from a conviction for an assault to murder, penalty five years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Robert M. Lyles*, Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for assault with intent to murder, punishment is five years in the penitentiary.

The record contains no bills of exception, neither is it accompanied by a statement of facts. Nothing is presented to this court for review.

The judgment is affirmed.                           *Affirmed.*

———

E. C. HALL V. THE STATE.

No. 10180. Delivered May 12, 1926.

Manufacturing Intoxicating Liquor—No Statement of Facts—No Bills of Exception.

The record herein contains neither statement of facts nor bills of exception. Nothing is presented for review by this court, and the judgment is affirmed.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Felix D. Robertson, Judge.

Appeal from a conviction for manufacturing intoxicating liquor, penalty one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Robert M. Lyles*, Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for manufacturing intoxicating liquor, with punishment of one year in the penitentiary.

The record contains neither statement of facts nor bills of exception. Nothing is presented for review by this court.

The judgment is affirmed.                           *Affirmed.*